No. 695. GOENAGA *v.* GOENAGA.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss the appeal. Decided May 11, 1911. Appeal dismissed by reason of the amendment to section 299 of the Code of Civil Procedure, approved March 9, 1911. *Mr. Emidgio S. Ginorio* for petitioner. *Mr. Juan de Guzmán Benítez* for respondent.

---

No. 673. RIVERO ET AL. *v.* HERNÁNDEZ ET AL.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss the appeal. Decided May 16, 1911. Motion overruled. *Mr. Manuel Moraza* for petitioner. *Mr. Luis Méndez Vaz* for respondent.

---

No. 706. RAMOS *v.* BALL ET AL.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss the appeal. Decided May 22, 1911. Appeal dismissed for non-compliance with section 299 of the Code of Civil Procedure and rule 40 of the Supreme Court. *Mr. Emidgio S. Ginorio* for petitioner. *Mr. Rafael López Landrón* for respondent.

---

No. 354. THE PEOPLE *v.* MALDONADO.—Appeal from the District Court of Arecibo. Decided May 26, 1911. Judgment affirmed. *Mr. Santiago B. Palmer* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 702. RUBERT HERMANOS *v.* THE PEOPLE OF PORTO RICO ET AL.—Appeal from the District Court of Arecibo. Motion to dismiss the appeal. Decided May 29, 1911. Appeal dismissed because the order appealed from is unappealable. *Messrs. Foster V. Brown, Attorney General,* and *J. H. Brown* for petitioners. *Messrs. Alvarez Nava* and *Domínguez* for respondents.